

# NUMBER 13-20-00574-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

SPEEDY CAR WASH, INCORPORTED
AND CARLOS A. GUERRA, GUARANTOR,                    Appellants,

v.

GERALD SHER, SUSAN SHER,
SPECIALTY CUISINE, INC. D/B/A
ISLE WASH AND ANDREW STAR, TRUSTEE,                 Appellees.

## On appeal from the County Court at Law No. 1
## of Cameron County, Texas.

# MEMORANDUM OPINION

### Before Justices Benavides, Hinojosa, and Silva
### Memorandum Opinion by Justice Hinojosa

This matter is before the Court on appellants' unopposed motion to dismiss. The

motion informs the court that appellants no longer desire to appeal the current order

entered by the County Court at Law Number 1 of Cameron County, Texas on December 18, 2020.

The Court, having considered appellants' motion, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Therefore, appellants' motion to dismiss is granted and the appeal is hereby dismissed. Costs will be taxed against the appellants. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellants.").

LETICIA HINOJOSA
Justice

Delivered and filed on the
8th day of April, 2021.